**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **MICHAEL ISAACS,** | : | |
| Petitioner | : | |
| vs. | : | CIVIL NO. 7:13-CV-0127-HL-TQL |
| **UNITED STATES MARSHALS,** | : | |
| Respondent | : | |

## ORDER

Petitioner Michael Issacs, a federal detainee, has filed the present action challenging his pre-trial confinement under 42 U.S.C. § 2241. Habeas petitions filed by federal pre-trial detainees are considered premature. See Garcon v. Palm Beach Cnty Sheriff's Ofc., 291 F. App'x 225, 226 (11th Cir. Aug. 22, 2008). The claims Petitioner seeks to raise are properly brought in his pending federal criminal case, United States v. Issacs, 7:12-CR-040-HL, and subsequent direct appeal, should he choose to file one. The instant petition is thus deemed premature and is hereby **DISMISSED.**

**SO ORDERED**, this 9th day of October, 2013.

*s/ Hugh Lawson*
HUGH LAWSON, JUDGE
UNITED STATES DISTRICT COURT

jlr