# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **MICHAEL ISAACS,** | : |
| **Petitioner** | : |
| vs. | : CIVIL NO. 7:13-CV-0127-HL-TQL |
| **UNITED STATES MARSHALS,** | : |
| **Respondent** | : |

## ORDER

Petitioner Michael Isaacs has filed a second Motion for Leave to Proceed *in forma pauperis* on appeal from this Court's Order dismissing his application for habeas relief under 28 U.S.C. § 2241. This Court has already denied Petitioner a Certificate of Appealability and denied his prior Motion to Appeal *in forma pauperis*. See Order, Dec. 17, 2013 (Doc. 12). Petitioner does not now identify any error in the Court's prior orders, and in the Court's best judgment, an appeal from the order dismissing his Petition for Writ of Habeas Corpus cannot be taken in good faith, see Fed. R. App. P. 24(a)(3). Petitioner's second Motion to Proceed *in forma pauperis* on appeal (Doc. 13) is thus also **DENIED**.

**SO ORDERED**, this 8th day of January, 2014.

*s/ Hugh Lawson*
HUGH LAWSON, JUDGE
UNITED STATES DISTRICT COURT

jlr